IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE DEVELOPMENT LLC, SHIRE LLC, and SHIRE US INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and ACTAVIS LABORATORIES FL, INC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 17-1696 (RGA) ) ) ) ) ) ) |
| SHIRE DEVELOPMENT LLC, SHIRE LLC, and SHIRE US INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 18-549 (RGA) ) ) ) ) ) |

**STIPULATED CONSOLIDATION ORDER**

WHEREAS Plaintiffs Shire Development LLC, Shire LLC, and Shire US Inc. (collectively "Shire"), Defendants Teva Pharmaceuticals USA, Inc. and Actavis Laboratories FL, Inc. (collectively "Actavis"), and Defendant Impax Laboratories, LLC ("Impax") have requested consolidation of the above-captioned actions;

WHEREAS Federal Rule of Civil Procedure 42(a) permits this Court to consolidate actions that "involve a common question of law or fact;"

WHEREAS the Complaints filed by Shire in each of the above-captioned actions alleges infringement of the same Shire patents based on Actavis' and Impax's attempt to market a

generic version of the same Shire drug product (Mydayis®) before the expiration of Shire's patents;

WHEREAS no party opposes consolidation.

IT IS HEREBY STIPULATED BY THE PARTIES, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. *Shire Development LLC, et al. v. Teva Pharmaceuticals USA, Inc.*, et al., Civ. No. 17-1696 (RGA) and *Shire Development LLC, et al. v. Impax Laboratories, LLC*, Civ. No. 18-549 (RGA) shall be consolidated for all purposes, including trial, into *Shire Development LLC, et al. v. Teva Pharmaceuticals USA, Inc.*, et al., Civ. No. 17-1696 (RGA) (Consolidated), with the Clerk to take appropriate steps to facilitate such consolidation.

2. Following consolidation, all subsequent filings shall be made exclusively under the docket number 17-1696 (RGA) (Consolidated).

3. The docket for *Shire Development LLC, et al. v. Impax Laboratories, LLC*, Civ. No. 18-549 (RGA) shall be administratively closed.

4. Shire, Actavis, and Impax shall meet and confer to propose a schedule to accommodate consolidation.

5. Counsel for Actavis shall attend the scheduling conference set in the Impax case for June 28, 2018.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
  *Attorneys for Plaintiffs*

Phillips, Goldman, McLaughlin & Hall, P.A.

/s/ *David A. Bilson*
_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
302-655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com
  *Attorneys for Defendant*
  *Impax Laboratories, LLC*

June 26, 2018

SHAW KELLER LLP

/s/ *Nathan R. Hoeschen*
_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
  *Attorneys for Defendants Teva*
  *Pharmaceuticals USA, Inc. and*
  *Actavis Laboratories FL, Inc.*

SO ORDERED this ___27___ day of June, 2018

_____
The Honorable Richard G. Andrews
United States District Judge

3